# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roberts, Jr, John G. | Supreme Court of the United States | 05/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Justice of the United States | ☐ Nomination   Date  <br> ☐ Initial   ✔ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

One First Street, NE
Washington, DC 20543

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Major, Lindsey & Africa, LLC -- compensation |
| 2. 2020 | Macrae, Inc., formally known as Mlegal Group, Inc. -- Attorney Search Consultants -- salary |
| 3. 2020 | Pillsbury Winthrop Shaw Pittman LLP -- payment from unfunded, non-qualified deferred compensation plan |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Lam Research (Common) LRCX | B | Dividend | M | T | | | | | |
| 2.   Texas Instruments (Common) TXN | D | Dividend | O | T | | | | | |
| 3.   Thermo Fisher (Common) TMO | B | Dividend | O | T | | | | | |
| 4.   Sirius XM (Common) SIRI | B | Dividend | M | T | | | | | |
| 5.   Amer. Century Gro. Inv. Class I TWGIX | C | Dividend | L | T | Sold<br>(part) | 01/10/20 | J | | |
| 6. | | | | | Sold<br>(part) | 02/18/20 | K | D | |
| 7. | | | | | Buy<br>(add'l) | 02/19/20 | J | | |
| 8.   MetLife GVUL: Putnam Multi-Cap Growth Fund | | None | L | T | | | | | |
| 9.   Vanguard Int'l Gr Fund Admiral Shares VWILX | C | Dividend | M | T | Buy<br>(add'l) | 02/18/20 | J | | |
| 10.   Vanguard Sm-Cap Index Fund Admiral VSMAX | B | Dividend | M | T | Buy<br>(add'l) | 02/18/20 | J | | |
| 11. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 12.   Wells Fargo bank accounts | A | Interest | M | T | | | | | |
| 13.   Capital One, Inc. bank accounts | B | Interest | P1 | T | | | | | |
| 14.   1/8 int. cottage, Knocklong, County Limerick, Ireland | A | Rent | J | W | | | | | |
| 15.   my529 Equity - 10% Int'l | D | Dividend | N | T | | | | | |
| 16.   my529 Age-Based Moderate | B | Dividend | M | T | | | | | |
| 17.   Eaton Vance Ser II Income Fund Boston CL 1 EIBIX | A | Dividend | | | Sold | 02/18/20 | L | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  First Eagle Global SGIIX | D | Dividend | N | T | Buy<br>(add'l) | 02/18/20 | L | | |
| 19. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 20. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 21. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 22.  T. Rowe Price Real Estate TRREX | | None | | | Sold | 02/18/20 | L | D | |
| 23.  T. Rowe Price Blue Chip Growth TRBCX | D | Dividend | N | T | Sold<br>(part) | 02/18/20 | J | C | |
| 24. | | | | | Buy<br>(add'l) | 02/18/20 | J | | |
| 25. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 26.  Wells Fargo Absolute Return Fund WABIX | D | Dividend | N | T | Sold<br>(part) | 02/18/20 | M | | |
| 27. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 28. | | | | | Buy<br>(add'l) | 05/27/20 | J | | |
| 29. | | | | | Buy<br>(add'l) | 10/27/20 | J | | |
| 30.  AQR FDS Mgd. Futures Strategy AQMIX | C | Dividend | L | T | Buy<br>(add'l) | 02/18/20 | J | | |
| 31. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 32.  Dodge & Cox FDS International Stock DODFX | D | Dividend | N | T | Buy<br>(add'l) | 02/18/20 | K | | |
| 33. | | | | | Sold<br>(part) | 03/18/20 | K | | |
| 34.  Jane Brain, LLC | | None | J | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Principal MidCap Institutional PCBIX | D | Dividend | O | T | Sold<br>(part) | 02/18/20 | L | E | |
| 36. | | | | | Buy<br>(add'l) | 03/18/20 | K | | |
| 37. ASG GLBL ALTRNTVE CL Y GAFYX | D | Dividend | N | T | Buy<br>(add'l) | 02/18/20 | J | | |
| 38. | | | | | Sold<br>(part) | 02/18/20 | J | A | |
| 39. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 40. Dodge & Cox Stock DODGX | | None | | | Buy<br>(add'l) | 02/18/20 | K | | |
| 41. | | | | | Sold<br>(part) | 02/18/20 | J | A | |
| 42. | | | | | Sold | 03/18/20 | N | | |
| 43. Invesco Developing Markets ODVYX | B | Dividend | O | T | Buy<br>(add'l) | 02/18/20 | K | | |
| 44. | | | | | Sold<br>(part) | 03/18/20 | K | | |
| 45. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 05/27/20 | J | | |
| 47. Charter Communications (Common) CHTR | | None | N | T | | | | | |
| 48. my529-FDIC-Insured Static Investment<br>Option (see Part VIII.) | D | Dividend | N | T | | | | | |
| 49. Thornburg Ltd-Term Muni Inst LTMIX | B | Dividend | L | T | Buy<br>(add'l) | 02/18/20 | K | | |
| 50. | | | | | Buy<br>(add'l) | 08/27/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 53.  Tweedy Browne Global Value Fund<br>TBGVX | A | Dividend | L | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 57.  T Rowe Price Short-Term Bond PRWBX | C | Dividend | M | T | Buy<br>(add'l) | 02/18/20 | J | | |
| 58. | | | | | Sold<br>(part) | 02/18/20 | J | A | |
| 59. | | | | | Sold<br>(part) | 03/18/20 | K | | |
| 60.  Vanguard Div. Growth Fd Investor Shares<br>VDIGX | E | Dividend | P1 | T | | | | | |
| 61.  Gateway Fund GTEYX | B | Dividend | M | T | Buy<br>(add'l) | 01/27/20 | J | | |
| 62. | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 08/27/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 65.  Vanguard Total Stk Mkt Index Fd Adm Shs<br>VTSAX | B | Dividend | L | T | | | | | |
| 66.  Goldman Finl Sq Treas Money Market Fund<br>FTIXX | A | Dividend | L | T | Sold<br>(part) | 01/10/20 | J | | |
| 67. | | | | | Buy<br>(add'l) | 01/27/20 | J | | |
| 68. | | | | | Buy<br>(add'l) | 02/18/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 70. | | | | | Sold (part) | 03/18/20 | J | | |
| 71. | | | | | Sold (part) | 04/09/20 | J | | |
| 72. | | | | | Sold (part) | 07/10/20 | J | | |
| 73. | | | | | Sold (part) | 10/09/20 | J | | |
| 74. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 75. Wells Fargo IRA / Inv. Co. Amer. Class C AICCX | A | Dividend | J | T | Buy (add'l) | 03/19/20 | J | | |
| 76. MetLife GVUL: Deutsche Govt. Money Mkt VIP | | None | J | T | | | | | |
| 77. MetLife GVUL Put.Gro. Opps. | | None | L | T | | | | | |
| 78. Bost.Ptnrs. L/S Rsrch. Fund BPIRX | | None | L | T | Buy (add'l) | 02/18/20 | J | | |
| 79. | | | | | Sold (part) | 03/18/20 | J | | |
| 80. Van Eck Global GHAYX | | None | | | Sold | 02/18/20 | L | | |
| 81. Charles Schwab bank account | A | Interest | L | T | | | | | |
| 82. C. Schwab Value Advantage M. Fund SWVXX | A | Dividend | M | T | | | | | |
| 83. Tributary SM Co INSTL IP FOSBX | B | Dividend | N | T | Buy (add'l) | 02/18/20 | J | | |
| 84. | | | | | Buy (add'l) | 03/18/20 | K | | |
| 85. | | | | | Buy (add'l) | 03/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 87. Baird Aggregate FD CL I BAGIX | D | Dividend | M | T | Buy | 02/18/20 | M | | |
| 88. | | | | | Sold (part) | 03/18/20 | K | | |
| 89. Credit Suisse Comm Ret. I CRSOX | A | Dividend | L | T | Buy | 03/18/20 | L | | |
| 90. MFS Value I MEIIX | D | Dividend | O | T | Buy | 03/18/20 | N | | |
| 91. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 92. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 93. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 94. TriNet Ret. Plan (H) | | | | | | | | | |
| 95. -- TA Vangard Instl Target Ret. 2020 VITWX | | None | K | T | Buy | 03/20/20 | K | | |
| 96. Trust #1 (H) (X) (see Part VIII.) | | | | | | | | | |
| 97. -- AT&T Inc. (Common) T (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 98. -- Accenture PLC Ireland CL A (Common) ACN (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 99. -- Altria Group Inc. (Common) MO (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 100. -- Astrazeneca PLC Sponsored ADR (Common) AZN (X) | | None | | | Sold | 02/14/20 | J | | |
| 101. -- Baxter INTL Inc. (Common) BAX (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 102. -- Bristol Myers Squibb Company (Common) BMY (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -- Cars.com Inc. (Common) CARS (X) | | None | | | Sold | 02/14/20 | J | | |
| 104. -- Chevron Corp. (Common) CVX (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 105. -- Cisco Systems Inc. (Common) CSCO (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 106. -- Coca-Cola Company (Common) KO (X) | | None | | | Sold | 02/14/20 | J | A | |
| 107. -- ConocoPhillips (Common) COP (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 108. -- Duke Energy Corp. (Common) DUK (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 109. -- Enbridge Inc. (Common) ENB (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 110. -- Exxon Mobil Corp. (Common) XOM (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 111. -- Gannett Company Inc. (Common) GCI (X) | | None | | | Sold | 02/14/20 | J | A | |
| 112. -- General Electric Co. (Common) GE (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 113. -- Harbor INTL Instl CL HAINX (X) | | None | | | Sold | 02/14/20 | K | | |
| 114. -- Intel Corp. (Common) INTC (X) | A | Dividend | | | Sold | 02/14/20 | K | B | |
| 115. -- JPMorgan Chase & Co. (Common) JPM (X) | A | Dividend | | | Sold | 02/14/20 | K | | |
| 116. -- Johnson & Johnson (Common) JNJ (X) | | None | | | Sold | 02/14/20 | K | A | |
| 117. -- Kimberly Clark Corp. (Common) KMB (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 118. -- McDonald's Corp. (Common) MCD (X) | | None | | | Sold | 02/14/20 | J | B | |
| 119. -- Medtronic PLC (Common) MDT (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -- MetLife Inc. (Common) MET (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 121.  -- Microsoft Corp. (Common) MSFT (X) | | None | | | Sold | 02/14/20 | K | D | |
| 122.  -- Munich Re Group ADR (Common) MURGY (X) | | None | | | Sold | 02/14/20 | J | A | |
| 123.  -- NextEra Energy Inc. (Common) NEE (X) | | None | | | Sold | 02/14/20 | K | C | |
| 124.  -- Philip Morris INTL Inc. (Common) PM (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 125.  -- PPL Corp. (Common) PPL (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 126.  -- Paychex Inc. (Common) PAYX (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 127.  -- PepsiCo Inc. (Common) PEP (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 128.  -- Pfizer Inc. (Common) PFE (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 129.  -- Phillips 66 (Common) PSX (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 130.  -- Proctor & Gamble Co. (Common) PG (X) | A | Dividend | | | Sold | 02/14/20 | K | A | |
| 131.  -- Qualcomm Inc. (Common) QCOM (X) | | None | | | Sold | 02/14/20 | J | A | |
| 132.  -- Sanofi Spon ADR (Common) SNY (X) | | None | | | Sold | 02/14/20 | J | | |
| 133.  -- Simon Property Group Inc. (Common) SPG (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 134.  -- Southern Company (Common) SO (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 135.  -- SPDR Series Trust S&P Dividend ETF SDY (X) | | None | | | Sold | 02/14/20 | J | A | |
| 136.  -- Takeda Pharmaceutical Co. Ltd. (Common) TAK (X) | | None | | | Sold | 02/14/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  -- Tegna Inc. (Common) TGNA (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 138.  -- 3M Company (Common) MMM (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 139.  -- Total S A Spon ADR (Common) TOT (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 140.  -- United Health Group Inc. (Common) UNH (X) | | None | | | Sold | 02/14/20 | K | A | |
| 141.  -- Vangard Prime Money Market Investor CL VMMXX (X) | A | Dividend | | | Sold | 02/14/20 | K | | |
| 142.  -- Verizon Communications Inc. (Common) VZ (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 143.  -- Wabtec (Common) WAB (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 144.  -- Walmart Inc. (Common) WMT (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 145.  -- Wells Fargo & Co. (Common) WFC (X) | A | Dividend | | | Sold | 02/14/20 | J | | |
| 146.  -- Zurich Insurance Group LTD (Common) ZURVY (X) | | None | | | Sold | 02/14/20 | J | A | |
| 147.  -- General Money Market Fund Inc. CL B (X) | A | Dividend | | | Buy (add'l) | 02/18/20 | L | | |
| 148. | | | | | Buy (add'l) | 02/19/20 | N | | |
| 149. | | | | | Sold (part) | 02/19/20 | N | | |
| 150. | | | | | Sold | 02/20/20 | M | | |
| 151.  -- Eaton Vance Global Income Builder CL I EDIIX (X) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 152.  -- Franklin Income Advisor CL FRIAX (X) | A | Dividend | | | Sold | 02/14/20 | K | | |
| 153.  -- Janus Henderson Global Equity Income CL I HFQIX (X) | | None | | | Sold | 02/14/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. -- Income Fund of America CL F2 AMEFX (X) | | None | | | Sold | 02/14/20 | K | A | |
| 155. -- Lockheed Martin Corp. (Common) LMT (X) | | None | | | Sold | 02/14/20 | J | B | |
| 156. -- Loomis Sayles Strategic Income CL Y NEZYX (X) | A | Dividend | | | Sold | 02/14/20 | K | A | |
| 157. -- Thornburg Investment Income Builder CL I TIBIX (X) | A | Dividend | | | Sold | 02/14/20 | K | A | |
| 158. -- Dreyfus Govt Cash Mgmt FDS Instl SHS (X) | A | Dividend | | | Buy (add'l) | 02/18/20 | M | | |
| 159. | | | | | Buy (add'l) | 02/19/20 | K | | |
| 160. | | | | | Sold | 02/19/20 | M | | |
| 161. -- Metropolitan Life Ins Co PPA VAR Annuity (X) | | None | | | Closed | 02/02/20 | J | | |
| 162. Investment Account #1 (H) | | | | | | | | | |
| 163. -- Janney Advantage Insured Sweep Cash Accout | A | Interest | J | T | Open | 02/20/20 | O | | |
| 164. -- American Balanced CL F2 AMBFX | D | Dividend | M | T | Buy | 03/23/20 | L | | |
| 165. | | | | | Sold (part) | 03/31/20 | J | A | |
| 166. -- American Global Balanced CL F2 GBLFX | A | Dividend | K | T | Buy | 03/23/20 | K | | |
| 167. -- American US Govt. Securities CL F2 GVTFX | A | Dividend | K | T | Buy | 03/23/20 | K | | |
| 168. -- American Inflation Linked Bond CL F2 BFIGX | B | Dividend | K | T | Buy | 03/23/20 | K | | |
| 169. -- American Mortgage CL F2 MFAFX | A | Dividend | K | T | Buy | 03/23/20 | K | | |
| 170. -- American Mutual CL F2 AMRFX | A | Dividend | K | T | Buy | 03/23/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -- Bond Fund of America Cl F2 ABNFX | B | Dividend | L | T | Buy | 03/23/20 | L | | |
| 172. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 173.  -- Capital Income Builder CL F2 CAIFX | D | Dividend | M | T | Buy | 03/23/20 | M | | |
| 174. | | | | | Sold (part) | 03/31/20 | J | A | |
| 175.  -- Income Fund of America CL F2 AMEFX | D | Dividend | M | T | Buy | 03/23/20 | M | | |
| 176. | | | | | Sold (part) | 03/31/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII., line 48.  Changed asset name from "my529 cash account" to "my529-FDIC-Insured Static Investment Option".

Part VII., line 96.  These assets were inherited.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John G. Roberts, Jr**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544